## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Comcast of Massachusetts I, Inc. | ) | Case No.: |
| | ) | |
| Plaintiff | ) | **CORPORATION DISCLOSURE** |
| | ) | **STATEMENT** |
| vs. | ) | |
| | ) | |
| John Rogers | ) | |
| | ) | |
| Defendant | ) | |

**03  12266 WGY**

**Pursuant to LR, D. Mass 7.3,** the filing party, Comcast of Massachusetts I, Inc. (hereinafter "Comcast"), a non-governmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

1.  Comcast of Massachusetts I, Inc., is a Massachusetts Corporation and maintains offices at 6 Campanelli Drive Andover, MA;

2.  MediaOne of Massachusetts, Inc. is wholly owned by Comcast of Delaware, Inc.

Respectfully Submitted for the Plaintiff,
Comcast of Massachusetts I, Inc.
By Its Local Counsel

_____
John M. McLaughlin
**MCLAUGHLIN SACKS**
31 Trumbull Road
Northampton, MA 01060
Telephone:  (413) 586-0865
BBO No. 556328

11/12/03
Date

Page    1