AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **MASSACHUSETTS**

2004 JAN 22 A 11: 31

Comcast of Massachusetts I, Inc.

V.

John Rogers

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 CV 12266 WGY

TO: (Name and address of Defendant)

John Rogers
157 Cook Street
Billerica, MA 01821

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA 01060

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

NOV 1 4 2003

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

December 8, 2003

I hereby certify and return that on 12/05/03 at 12:25pm I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE STATEMENT & CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of JOHN ROGERS, 157 COOK STREET, BILLERICA, MA. and by mailing first class to the above address on 12/08/03. In the service hereof it was necessary and I actually used a motor vehicle 12 miles. Fees: Service $20.00, Conveyance $12.16, Attest $10.00, P&H $3.00, Travel $1.80, Total Fees $46.96

*(signature)*
Deputy Sheriff

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                        Signature of Server


_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.