UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 03-12266-WGY

**COMCAST OF MASSACHUSETTS I, INC.**
**Plaintiff**

v.

**JOHN ROGERS**
**Defendant**

### NOTICE OF DEFAULT

Upon application of the Plaintiff, Comcast of Massachusetts I, Inc. for an order of Default for failure of the Defendant, John Rogers to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted on January 27, 2004.

Tony Anastas,
Clerk

By: *Marie Bell*
Deputy Clerk

Notice mailed to counsel of record and defendants.